The following constitutes
the order of the court. Signed February 01, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

1 DAVE M. McGRAW (State Bar No. 86389)
PATRICK K. McCLELLAN (State Bar No. 77352)
2 LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
3 2890 North Main Street, Suite 307
Walnut Creek, California 94597-2738
4 (925) 944-0206

5 Attorneys for Movant
WACHOVIA MORTGAGE, FSB
6 fka: World Savings Bank, FSB, its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-58035 |
| | Chapter 13 |
| CARLA L. EDWARDS, | R.S. No. DMM-15579 |
| | |
| | **First Deed: 237 Bodem Street** |
| | |
| | ORDER TERMINATING |
| | AUTOMATIC STAY |
| | |
| | Date: January 06, 2010 |
| Debtor. | Time: 10:30 a.m. |
| | Judge: Roger L. Efremsky |
| | Ctrm: 3099 |
| | Place: U.S. Bankruptcy Court |
| | 280 S. First Street |
| | San Jose, CA |

The motion of WACHOVIA MORTGAGE, FSB ("Movant"), for relief from the automatic stay came on regularly for hearing on January 06, 2010, before the Honorable ROGER L. EFREMSKY.

Movant appeared through counsel, DAVE M. McGRAW, of the LAW OFFICES OF DAVE M. McGRAW. Debtor, having filed a statement of non-opposition, failed to appear either personally or through counsel, JUDSON T. FARLEY, of the LAW OFFICES OF JUDSON T. FARLEY. The Trustee, JOHN W. RICHARDSON was duly served but failed to appear or file any responsive pleading.

The Court, having duly considered the papers and pleadings on file herein, and being fully advised therein and finding good cause therefor;

. . .

1     IT IS ORDERED that as to the real property located in the County of Stanislaus,
2 commonly known as 237 Bodem Street, Modesto, California, and particularly described as
3 follows:

> LOT 13 IN BLOCK 590 OF THE CITY OF MODESTO, AS PER MAP
> FILED DECEMBER 21, 1942 IN VOLUME 15 OF MAPS,
> STANISLAUS COUNTY RECORDS

the automatic stay provisions of 11 U.S.C. Section 362 be and hereby are terminated as to Movant only.

IT IS FURTHER ORDERED that Movant is no longer restrained from initiating, proceeding with, and completing its lien enforcement rights under the terms of Movant's Deed of Trust encumbering said real property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is hereby waived.

*## END OF ORDER.##*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | (Debtor)<br>Carla L. Edwards<br>2235 Ivy Lane<br>Santa Cruz, CA 95062 |
| 4 | |
| 5 | (Debtor)<br>Carla L. Edwards<br>237 Bodem Street<br>Modesto, CA 95350 |
| 6 | |
| 7 | |
| 8 | (Attorney)<br>Judson T. Farley, Esq.<br>Law Offices of Judson T. Farley<br>830 Bay Avenue, #B<br>Capitola, CA 95010-2173 |
| 9 | |
| 10 | |
| 11 | (Trustee)<br>John W. Richardson<br>5161 Soquel Drive #F<br>Soquel, CA 95073 |
| 12 | |
| 13 | (U.S. Trustee)<br>Office of the U.S. Trustee<br>280 South First Street, #268<br>San Jose, CA 95113-3004 |
| 14 | |